■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY RUFFIN, Appellant.—Judgment of the Supreme Court, Kings County (Kooper, J.), rendered May 12, 1983, affirmed. *(People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9.) Mollen, P. J., Bracken, Brown and Rubin, JJ., concur.